UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENNIFER MOY WEST, Ph.D.,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06-CV-02025 |
| ) | |
| v. ) | JUDGE: Richard J. Leon |
| ) | |
| **HOWARD UNIVERSITY** ) | |
| **2400 Sixth Street, N.W.** ) | |
| **Washington, D.C. 20059** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for defendant Howard University, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Howard University which have any outstanding securities in the hands of the public.

These representations are made in order that Judges of this Court may determine the need for recusal.

Respectfully submitted,

_____
Daniel I. Prywes (D.C. Bar No. 342394)
BRYAN CAVE LLP
700 Thirteenth Street, N.W., Suite 700
Washington, D.C. 20005
Phone: (202) 508-6000
Fax:   (202) 220-7394

January 5, 2007

Attorney of Record for
Defendant Howard University

## CERTIFICATE OF SERVICE

I hereby certify that, on January 5, 2007, I caused a true and correct copy of the foregoing Certificate to be served by first class mail, postage prepaid, on:

Charles Jerome Ware, Esq.
10630 Little Patuxent Parkway
Suite 113
Columbia, Maryland 21044

*Counsel for Plaintiff*

_____
Daniel I. Prywes