UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENNIFER MOY WEST, Ph.D.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**HOWARD UNIVERSITY** )<br>2400 Sixth Street, N.W. )<br>Washington, D.C. 20059 )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06-CV-02025<br><br>JUDGE: Richard J. Leon |

**DEFENDANT'S CONSENT MOTION TO EXTEND
TIME TO ANSWER OR RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and 12, defendant Howard University moves for an Order extending to January 22, 2007 the time for it to answer or respond to the Complaint.

The Answer was served on defendant on December 19, 2006, shortly before the Holidays. The short extension requested by defendant (14 days) will not materially delay the proceedings in this case, and will be useful so that defendant can answer or respond to the Complaint in a more thorough manner. Many of the Defendant's personnel with knowledge of the facts of this case were unavailable during the Holiday period.

The Court has authority under Fed. R. Civ. P. 6(b) to enlarge the time for Defendant's Answer or response to the Complaint,

Plaintiff's counsel has consented to this motion.

A proposed Order is provided.

                                              Respectfully submitted,

                                              _____
                                              Daniel I. Prywes (D.C. Bar No. 342394)
                                              BRYAN CAVE LLP
                                              700 Thirteenth Street, N.W., Suite 700
                                              Washington, D.C. 20005
                                              Phone: (202) 508-6000
                                              Fax:   (202) 220-7394

January 5, 2007                             Counsel for Defendant Howard University

## CERTIFICATE OF SERVICE

I hereby certify that, on January 5, 2007, I caused a true and correct copy of the foregoing Consent Motion to be served by first class mail, postage prepaid, on:

Charles Jerome Ware, Esq.
10630 Little Patuxent Parkway
Suite 113
Columbia, Maryland 21044

*Counsel for Plaintiff*

_____
Daniel I. Prywes

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JENNIFER MOY WEST, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06-CV-02025 |
| | ) | |
| v. | ) | JUDGE: Richard J. Leon |
| | ) | |
| HOWARD UNIVERSITY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

Upon consideration of the Defendant's motion to extend the time for it to answer or respond to the Complaint in this suit, the consent of Plaintiff, and the entire record of these proceedings;

IT IS HEREBY ORDERED:

1. The motion is GRANTED.

2. Defendant shall have until January 22, 2007 to answer or otherwise respond to the Complaint.

_____
Judge Richard J. Leon
United States District Judge

2

Copies to:

    Charles Jerome Ware, Esq.
    10630 Little Patuxent Parkway
    Suite 113
    Columbia, Maryland  21044

    *Counsel for Plaintiff*

    Daniel I. Prywes, Esq.
    BRYAN CAVE LLP
    700 Thirteenth Street, N.W., Suite 700
    Washington, D.C. 20005

    *Counsel for Defendant*

2