EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER MOY WEST, Ph.D., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06-CV-02025 |
| ) | |
| v. ) | JUDGE: Richard J. Leon |
| ) | |
| HOWARD UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), plaintiff Jennifer Moy West, Ph.D., and defendant Howard University, hereby stipulate and consent to the dismissal of this lawsuit with prejudice, with each party to bear its own costs.

_____          _____
Charles Jerome Ware, Esq.                    Daniel I. Prywes (D.C. Bar No. 342394)
10630 Little Patuxent Parkway              BRYAN CAVE LLP
Suite 113                                                  700 Thirteenth Street, N.W., Suite 700
Columbia, Maryland  21044                 Washington, D.C. 20005
Phone :  (410) 730-5016                        Phone: (202) 508-6000
Fax:     (410) 730-7603                           Fax:    (202) 220-7394

*Counsel for Plaintiff*                              *Counsel for Defendant Howard University*

Date: Feb. 5, 2007